General Highways System, Inc., appellant, v. Bartles-Maguire Oil Company, appellee. Gen. No. 33,303.

654

Opinion filed April 22, 1929.

W. H. F. Millar, Benjamin Levering and Elmer H. Heitmann, for appellant. Vose & Vose, for appellee; John D. Clancy, of counsel.

Mr. Justice Matchett delivered the opinion of the court.